**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Basil Gary DOYLE, Respondent.**

Supreme Court of Pennsylvania.

Oct. 12, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 12th day of October, 2000, it is hereby ordered that the Petition for Allowance of Appeal is hereby **GRANTED.** It is further ordered that the order of the Superior Court is **REVERSED,** the judgment of sentence is vacated and the case is remanded for proceedings consistent with *Commonwealth v. Vasquez,* 562 Pa. 120, 753 A.2d 807 (2000).